# EXHIBIT 2

ADRMOP,PROTO,REFDIS

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:23−cv−01996−VC

| | |
|---|---|
| Lineberry et al v. AddShopper, Inc. et al | Date Filed: 04/24/2023 |
| Assigned to: Judge Vince Chhabria | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Peter H Kang | Nature of Suit: 890 Other Statutory Actions |
| Demand: $5,000,001,000 | Jurisdiction: Federal Question |
| Cause: 28:1332 Diversity−(Citizenship) | |

**Plaintiff**

| | | |
|---|---|---|
| **Oather McClung**<br>*TERMINATED: 02/15/2024* | represented by | **J. Austin Moore**<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>816−714−7100<br>Fax: 816−714−7101<br>Email: moore@stuevesiegel.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Kasey Youngentob**<br>Stueve Siegel Hanson LLP<br>460 Nichols Rd<br>Kansas City, MO 64112<br>760−668−2691<br>Email: youngentob@stuevesiegel.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Norman E. Siegel**<br>Stueve Siegel Hanson LLP<br>460 Nichols Road<br>Suite 200<br>Kansas City, MO 64112<br>816 714−7100<br>Email: siegel@stuevesiegel.com<br>*ATTORNEY TO BE NOTICED*<br><br>**David Michael Berger**<br>Gibbs Law Group LLP<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607<br>(510) 350−9700<br>Email: dmb@classlawgroup.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Abby Lineberry** | represented by | **J. Austin Moore**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Kasey Youngentob**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Norman E. Siegel**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**David Michael Berger**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Terry Michael Cook** | represented by | **J. Austin Moore** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Kasey Youngentob** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Norman E. Siegel** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **David Michael Berger** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Greg Dessart** | represented by | **J. Austin Moore** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Kasey Youngentob** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Norman E. Siegel** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **David Michael Berger** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **AddShopper, Inc.** | represented by | **Raymond A. Cardozo** <br> Reed Smith LLP <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105 <br> 415−543−8700 <br> Fax: 415−391−8269 <br> Email: rcardozo@reedsmith.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Tomio Buck Narita** <br> Womble Bond Dickinson (US) LLP <br> 50 California Street <br> Suite 2750 <br> San Francisco, CA 94111 <br> 415−519−6093 <br> Email: tomio.narita@wbd−us.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Dominic J. Luca** <br> Womble Bond Dickinson (US) LLP |

CA
50 California Street
2750
San Francisco, CA 94111
415−765−6270
Email: Dominic.Luca@wbd−us.com
*ATTORNEY TO BE NOTICED*

**Gerard M. Stegmaier**
Reed Smith
1301 K Street, NW
Suite 1000 − East Tower
Suite 1000e
Washington, DC 20005
202−414−9228
Fax: 202−414−9299
Email: gstegmaier@reedsmith.com
*ATTORNEY TO BE NOTICED*

**James L Rockney**
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
412−288−4046
Fax: 412−288−3063
Email: jrockney@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Topor**
Womble Bond Dickinson (US) LLP
50 California Street
Suite 2750
San Francisco, CA 94111
415−433−1900
Email: jeff.topor@wbd−us.com
*ATTORNEY TO BE NOTICED*

**Julia Q. Peng**
Reed Smith LLP
101 2nd Street
San Francisco, CA 94105
415−543−8700
Email: julia.peng@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Mark David Quist**
Reed Smith LLP
1301 K Street, NW
Suite 1000 − East Tower
Washington, DC 20005
202−414−9184
Fax: 202−414−9299
Email: mquist@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Robert Travis Campbell**
Womble Bond Dickinson (US) LLP
50 California Street
Suite 2750
San Francisco, CA 94111
415−765−6234
Email: travis.campbell@wbd−us.com
*ATTORNEY TO BE NOTICED*

                **Terence N. Hawley**
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(415) 543–8700
Fax: (415) 391–8269
Email: thawley@reedsmith.com
*TERMINATED: 11/30/2023*

**Defendant**

**Presidio Brands, Inc.**      represented by    **Myriah Jaworski**
Clark Hill LLP
600 W. Broadway, Suite 500
92101
San Diego, CA 92075
619–557–0404
Email: mjaworski@clarkhill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Chirag Haresh Patel**
Clark Hill LLP
130 E Randolph St
Ste 3900
Chicago, IL 60601
312–985–5900
Email: cpatel@clarkhill.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peet's Coffee, Inc.**      represented by    **Joseph Duffy**
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
(213) 612–2500
Fax: (213) 612–2501
Email: joseph.duffy@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Alexandra Marie Gonsman**
Morgan, Lewis & Bockius
One Market, Spear Street Tower
San Francisco, CA 94105
415–442–1159
Email: alexandra.gonsman@morganlewis.com
*ATTORNEY TO BE NOTICED*

                **Ezra Dodd Church**
Morgan Lewis & Bockius, LLP
2222 Market Street
Philadelphia, PA 19103
215–963–5710
Fax: 215–963–5001
Email: ezra.church@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                **Megan Akemi Suehiro**
Morgan, Lewis and Bockius LLP
300 South Grand Avenue
Twenty–Second Floor
Los Angeles, CA 90071

213.612.2500  
Fax: 213.612.2501  
Email: megan.suehiro@morganlewis.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2023 | 1 | COMPLAINT against AddShopper, Inc., Peet's Coffee, Inc., Presidio Brands, Inc. ( Filing fee $ 402, receipt number ACANDC−18201885.). Filed byOather McClung, Greg Dessart, Terry Michael Cook, Abby Lineberry. (Attachments: # 1 Civil Cover Sheet)(Berger, David) (Filed on 4/24/2023) (Entered: 04/24/2023) |
| 04/24/2023 | 2 | Proposed Summons. (Berger, David) (Filed on 4/24/2023) (Entered: 04/24/2023) |
| 04/24/2023 | 3 | Proposed Summons. (Berger, David) (Filed on 4/24/2023) (Entered: 04/24/2023) |
| 04/24/2023 | 4 | Proposed Summons. (Berger, David) (Filed on 4/24/2023) (Entered: 04/24/2023) |
| 04/24/2023 | 5 | Certificate of Interested Entities by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung (Berger, David) (Filed on 4/24/2023) (Entered: 04/24/2023) |
| 04/25/2023 | 6 | Case assigned to Magistrate Judge Donna M. Ryu.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 5/9/2023. (mbc, COURT STAFF) (Filed on 4/25/2023) (Entered: 04/25/2023) |
| 04/25/2023 | 7 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 8/9/2023. Initial Case Management Conference set for 8/16/2023 01:30 PM in Oakland, Courtroom 4, 3rd Floor. (lsk, COURT STAFF) (Filed on 4/25/2023) (Entered: 04/25/2023)** |
| 04/25/2023 | 8 | Summons Issued as to AddShopper, Inc. (lsk, COURT STAFF) (Filed on 4/25/2023) (Entered: 04/25/2023) |
| 04/25/2023 | 9 | Summons Issued as to Presidio Brands, Inc. (lsk, COURT STAFF) (Filed on 4/25/2023) (Entered: 04/25/2023) |
| 04/25/2023 | 10 | Summons Issued as to Peet's Coffee, Inc. (lsk, COURT STAFF) (Filed on 4/25/2023) (Entered: 04/25/2023) |
| 05/04/2023 | 11 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18234005.) filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing)(Moore, J.) (Filed on 5/4/2023) (Entered: 05/04/2023) |
| 05/04/2023 | 12 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18234165.) filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Attachments: # 1 Exhibit Certificate of Good Standing)(Siegel, Norman) (Filed on 5/4/2023) (Entered: 05/04/2023) |
| 05/04/2023 | 13 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18234334.) filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Attachments: # 1 Exhibit Certificate of Good Standing)(Youngentob, Kasey) (Filed on 5/4/2023) (Entered: 05/04/2023) |
| 05/04/2023 | 14 | Application for Refund, Receipt Number ACANDC−18234309 *for Duplicate Pro Hac Vice Fee* by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Youngentob, Kasey) (Filed on 5/4/2023) (Entered: 05/04/2023) |

| | | |
|---|---|---|
| 05/05/2023 | 15 | **ORDER by Chief Magistrate Judge Donna M. Ryu granting 11 J. Austin Moore's Motion for admission Pro Hac Vice. (ig, COURT STAFF) (Filed on 5/5/2023) (Entered: 05/05/2023)** |
| 05/05/2023 | 16 | **ORDER by Chief Magistrate Judge Donna M. Ryu granting 12 Norman Eli Siegel's Application for admission Pro Hac Vice. (ig, COURT STAFF) (Filed on 5/5/2023) (Entered: 05/05/2023)** |
| 05/05/2023 | 17 | **ORDER by Chief Magistrate Judge Donna M. Ryu granting 13 Kasey Youngentob's Motion for admission Pro Hac Vice. (ig, COURT STAFF) (Filed on 5/5/2023) (Entered: 05/05/2023)** |
| 05/08/2023 | 18 | Refund Status re 14 Application for Refund Declined. (rgh, COURT STAFF) (Filed on 5/8/2023) (Entered: 05/08/2023) |
| 05/08/2023 | 19 | Application for Refund, Receipt Number ACANDC–18234334 *for Duplicate Pro Hac Vice Fee* by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Youngentob, Kasey) (Filed on 5/8/2023) (Entered: 05/08/2023) |
| 05/09/2023 | 20 | STIPULATION re 1 Complaint, *Joint Stipulation Extending Time for Defendant Peet's Coffee, Inc. to Respond to Complaint* filed by Peet's Coffee, Inc.. (Duffy, Joseph) (Filed on 5/9/2023) (Entered: 05/09/2023) |
| 05/10/2023 | 21 | CLERK'S NOTICE TO PLAINTIFFS AND DEFENDANT PEET'S COFFEE, INC. Re: Consent or Declination: Plaintiffs and Defendant Peet's Coffee, Inc. shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 5/24/2023. (ig, COURT STAFF) (Filed on 5/10/2023) (Entered: 05/10/2023) |
| 05/11/2023 | 22 | Refund Status re 19 Application for Refund Declined. (rgh, COURT STAFF) (Filed on 5/11/2023) (Entered: 05/11/2023) |
| 05/11/2023 | 23 | Application for Refund, Receipt Number ACANDC–18234309 by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Youngentob, Kasey) (Filed on 5/11/2023) (Entered: 05/11/2023) |
| 05/11/2023 | 24 | CERTIFICATE OF SERVICE by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung *(as to Defendant Presidio Brands, Inc.)* (Berger, David) (Filed on 5/11/2023) (Entered: 05/11/2023) |
| 05/11/2023 | 25 | CERTIFICATE OF SERVICE by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung *(as to Defendant Peet's Coffee, Inc.)* (Berger, David) (Filed on 5/11/2023) (Entered: 05/11/2023) |
| 05/11/2023 | 26 | CERTIFICATE OF SERVICE by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung *(as to Defendant Addshoppers, Inc.)* (Berger, David) (Filed on 5/11/2023) (Entered: 05/11/2023) |
| 05/11/2023 | 27 | NOTICE of Appearance by Myriah Jaworski *COUNSEL FOR DEFENDANT PRESIDIO BRANDS, INC.* (Jaworski, Myriah) (Filed on 5/11/2023) (Entered: 05/11/2023) |
| 05/12/2023 | 28 | NOTICE of Appearance by Megan Akemi Suehiro *for Defendant Peet's Coffee, Inc.* (Suehiro, Megan) (Filed on 5/12/2023) (Entered: 05/12/2023) |
| 05/12/2023 | 29 | NOTICE of Appearance by Alexandra Marie Gonsman *for Defendant Peet's Coffee, Inc.* (Gonsman, Alexandra) (Filed on 5/12/2023) (Entered: 05/12/2023) |
| 05/12/2023 | 30 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung.. (Berger, David) (Filed on 5/12/2023) (Entered: 05/12/2023) |
| 05/12/2023 | 31 | Refund Status re 23 Application for Refund Approved. (rgh, COURT STAFF) (Filed on 5/12/2023) (Entered: 05/12/2023) |
| 05/15/2023 | 32 | CLERK'S NOTICE TO DEFENDANT PRESIDIO BRANDS, INC. Re: Consent or Declination: Defendant Presidio Brands, Inc. shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to |

| | | |
|---|---|---|
| | | proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 5/30/2023. (ig, COURT STAFF) (Filed on 5/15/2023) (Entered: 05/15/2023) |
| 05/16/2023 | 33 | First MOTION for leave to appear in Pro Hac Vice *as to Chirag H. Patel* ( Filing fee $ 317, receipt number ACANDC−18271480.) filed by Presidio Brands, Inc.. (Patel, Chirag) (Filed on 5/16/2023) (Entered: 05/16/2023) |
| 05/17/2023 | 34 | STIPULATION re 1 Complaint, *Joint Stipulation Extending Time For Defendant Presidio Brands, Inc. to Respond to Complaint* filed by Presidio Brands, Inc.. (Jaworski, Myriah) (Filed on 5/17/2023) (Entered: 05/17/2023) |
| 05/17/2023 | 35 | NOTICE of Appearance by Terence N. Hawley (Hawley, Terence) (Filed on 5/17/2023) (Entered: 05/17/2023) |
| 05/18/2023 | 36 | STIPULATION re 1 Complaint, *Joint Stipulation Extending Time for Defendant Addshoppers, Inc. to Respond to Complaint* filed by AddShopper, Inc.. (Hawley, Terence) (Filed on 5/18/2023) (Entered: 05/18/2023) |
| 05/18/2023 | 37 | CLERK'S NOTICE TO DEFENDANT ADDSHOPPER, INC. Re: Consent or Declination: Defendant AddShopper, Inc. shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. Consent/Declination due by 6/1/2023. (ig, COURT STAFF) (Filed on 5/18/2023) (Entered: 05/18/2023) |
| 05/19/2023 | | Please submit Certificate of Good Standing as required per L.R. 11−3 Electronic filing error. This filing will not be processed by the clerks office. Re: 33 First MOTION for leave to appear in Pro Hac Vice *as to Chirag H. Patel* ( Filing fee $ 317, receipt number ACANDC−18271480.) filed by Presidio Brands, Inc. (lsk, COURT STAFF) (Filed on 5/19/2023) (Entered: 05/19/2023) |
| 05/24/2023 | 38 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Peet's Coffee, Inc... (Duffy, Joseph) (Filed on 5/24/2023) (Entered: 05/24/2023) |
| 05/24/2023 | 39 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (ig, COURT STAFF) (Filed on 5/24/2023) (Entered: 05/24/2023) |
| 05/24/2023 | 40 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Vince Chhabria for all further proceedings. Chief Magistrate Judge Donna M. Ryu no longer assigned to case. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Signed by Clerk on 5/24/2023. (Attachments: # 1 Notice of Eligibility for Video Recording)(bar, COURT STAFF) (Filed on 5/24/2023) (Entered: 05/24/2023)** |
| 05/25/2023 | 41 | REASSIGNED CASE − NOTICE OF NEW HEARING DATE:<br><br>You are notified that the Court has scheduled an Initial Case Management Conference before Judge Vince Chhabria upon reassignment. For a copy of Judge Chhabria's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov. |

|  |  | Joint Case Management Statement due by 8/18/2023.<br>Initial Case Management Conference set for 8/25/2023 at 10:00 AM by Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. One list of names of all counsel appearing for all parties must be sent in one email to the CRD at vccrd@cand.uscourts.gov no later than Friday, August 18, 2023 by no later than 12:00PM.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 5/25/2023) (Entered: 05/25/2023) |
|---|---|---|
| 06/13/2023 | 42 | Certificate of Interested Entities by Peet's Coffee, Inc. identifying Corporate Parent Peet's Coffee & Tea, LLC, Corporate Parent Peet's Coffee & Tea HoldCo, Inc., Corporate Parent New Oak 2 BV, Corporate Parent JDE Peet's N.V. for Peet's Coffee, Inc.. (Duffy, Joseph) (Filed on 6/13/2023) (Entered: 06/13/2023) |
| 06/13/2023 | 43 | Corporate Disclosure Statement by Peet's Coffee, Inc. identifying Corporate Parent Peet's Coffee & Tea, LLC, Corporate Parent Peet's Coffee & Tea HoldCo, Inc., Corporate Parent New Oak 2 BV, Corporate Parent JDE Peet's N.V. for Peet's Coffee, Inc.. (Duffy, Joseph) (Filed on 6/13/2023) (Entered: 06/13/2023) |
| 06/20/2023 | 44 | MOTION for leave to appear in Pro Hac Vice *for attorney James L. Rockney* ( Filing fee $ 317, receipt number ACANDC−18372828.) filed by AddShopper, Inc.. (Attachments: # 1 Certificate of Good Standing)(Rockney, James) (Filed on 6/20/2023) (Entered: 06/20/2023) |
| 06/20/2023 | 45 | MOTION for leave to appear in Pro Hac Vice *for attorney Gerard M. Stegmaier* ( Filing fee $ 317, receipt number ACANDC−18372889.) filed by AddShopper, Inc.. (Attachments: # 1 Certificate of Good Standing)(Stegmaier, Gerard) (Filed on 6/20/2023) (Entered: 06/20/2023) |
| 06/20/2023 | 46 | MOTION for leave to appear in Pro Hac Vice *for attorney Mark D. Quist* ( Filing fee $ 317, receipt number ACANDC−18373016.) filed by AddShopper, Inc.. (Attachments: # 1 Certificate of Good Standing)(Quist, Mark) (Filed on 6/20/2023) (Entered: 06/20/2023) |
| 06/20/2023 | 47 | **Order by Judge Vince Chhabria granting 44 Motion for Pro Hac Vice as to James Rockney. (bxs, COURT STAFF) (Filed on 6/20/2023) (Entered: 06/20/2023)** |
| 06/20/2023 | 48 | **Order by Judge Vince Chhabria granting 45 Motion for Pro Hac Vice as to Gerard Stegmaier. (bxs, COURT STAFF) (Filed on 6/20/2023) (Entered: 06/20/2023)** |
| 06/20/2023 | 49 | **Order by Judge Vince Chhabria granting 46 Motion for Pro Hac Vice as to Mark Quist. (bxs, COURT STAFF) (Filed on 6/20/2023) (Entered: 06/20/2023)** |
| 06/20/2023 | 50 | MOTION to Dismiss *Complaint* filed by AddShopper, Inc.. Motion Hearing set for 7/27/2023 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 7/5/2023. Replies due by 7/12/2023. (Hawley, Terence) (Filed on 6/20/2023) (Entered: 06/20/2023) |
| 06/20/2023 | 51 | Joint MOTION to Dismiss *Class Action Complaint by Defendants Presidio Brands, Inc. and Peet's Coffee, Inc.; Memorandum of Points and Authorities in Support Thereof* filed by Peet's Coffee, Inc.. Motion Hearing set for 7/27/2023 10:00 AM in |

| | | |
|---|---|---|
| | | San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 7/5/2023. Replies due by 7/12/2023. (Attachments: # 1 Declaration of Joseph Duffy in Support of Defendant Peet's Coffee, Inc.'s Motion to Dismiss Class Action Complaint, # 2 Declaration of Steve Fox in Support of Defendant Presidio Brands, Inc.'s Motion to Dismiss)(Duffy, Joseph) (Filed on 6/20/2023) (Entered: 06/20/2023) |
| 06/30/2023 | 52 | STIPULATION WITH PROPOSED ORDER *EXTENDING CERTAIN DEADLINES* filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Attachments: # 1 Declaration ISO Joint Stipulation Extending Certain Deadlines, # 2 Proposed Order)(Berger, David) (Filed on 6/30/2023) (Entered: 06/30/2023) |
| 06/30/2023 | 53 | ADMINISTRATIVE MOTION to Enlarge Page Limits in Consolidated Opposition Brief filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. Responses due by 7/5/2023. (Attachments: # 1 Joint Stipulation to Enlarge Page Limits in Consolidated Opposition Brief, # 2 Proposed Order Granting Administrative Motion to Enlarge Page Limits in Consolidated Opposition Brief)(Berger, David) (Filed on 6/30/2023) (Entered: 06/30/2023) |
| 07/06/2023 | 54 | **Order by Judge Vince Chhabria granting AS MODIFIED 52 Stipulation EXTENDING CERTAIN DEADLINES. (bxs, COURT STAFF) (Filed on 7/6/2023) (Entered: 07/06/2023)** |
| 07/06/2023 | 55 | CLERK'S NOTICE RE 54 .<br><br>Responses due by 8/17/2023.<br>Replies due by 8/31/2023.<br>51 Joint MOTION to Dismiss *Class Action Complaint* by Defendants Presidio Brands, Inc. and Peet's Coffee, Inc., 50 MOTION to Dismiss *Complaint* Motion Hearings reset to 9/14/2023 at 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria.<br><br>Joint Case Management Statement due by 9/29/2023.<br>Initial Case Management Conference reset to 10/6/2023 at 10:00 AM by Videoconference Only.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 7/6/2023) (Entered: 07/06/2023) |
| 07/06/2023 | 56 | **Order by Judge Vince Chhabria granting 53 Administrative Motion to Enlarge Page Limits in Consolidated Opposition Brief. (bxs, COURT STAFF) (Filed on 7/6/2023) (Entered: 07/06/2023)** |
| 07/07/2023 | 57 | Certificate of Interested Entities by AddShopper, Inc. (Hawley, Terence) (Filed on 7/7/2023) (Entered: 07/07/2023) |
| 07/07/2023 | 58 | Corporate Disclosure Statement by AddShopper, Inc. (Hawley, Terence) (Filed on 7/7/2023) (Entered: 07/07/2023) |
| 07/26/2023 | 59 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options − *AddShoppers, Inc.* (Hawley, Terence) (Filed on 7/26/2023) (Entered: 07/26/2023) |
| 08/17/2023 | 60 | OPPOSITION/RESPONSE (re 51 Joint MOTION to Dismiss *Class Action Complaint by Defendants Presidio Brands, Inc. and Peet's Coffee, Inc.; Memorandum of Points and Authorities in Support Thereof*, 50 MOTION to Dismiss *Complaint* ) *Plaintiffs' Consolidated Response in Opposition to Defendants' Motions to Dismiss* filed byTerry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Siegel, Norman) (Filed on 8/17/2023) (Entered: 08/17/2023) |
| 08/29/2023 | 61 | CLERK'S NOTICE CONTINUING MOTION HEARING AND INITIAL CASE MANAGEMENT CONFERENCE.<br><br>51 Joint MOTION to Dismiss *Class Action Complaint by Defendants Presidio Brands, Inc. and Peet's Coffee, Inc.; Memorandum of Points and Authorities in Support Thereof*, 50 MOTION to Dismiss *Complaint* Hearing reset to 10/5/2023 at 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. |

| | | |
|---|---|---|
| | | Joint Case Management Statement due by 10/20/2023.<br>Initial Case Management Conference reset to 10/27/2023 at 10:00 AM by Videoconference Only.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 8/29/2023) (Entered: 08/29/2023) |
| 08/31/2023 | 62 | REPLY (re 50 MOTION to Dismiss *Complaint* ) filed byAddShopper, Inc.. (Hawley, Terence) (Filed on 8/31/2023) (Entered: 08/31/2023) |
| 08/31/2023 | 63 | REPLY (re 51 Joint MOTION to Dismiss *Class Action Complaint by Defendants Presidio Brands, Inc. and Peet's Coffee, Inc.; Memorandum of Points and Authorities in Support Thereof* ) filed byPeet's Coffee, Inc., Presidio Brands, Inc.. (Jaworski, Myriah) (Filed on 8/31/2023) (Entered: 08/31/2023) |
| 10/03/2023 | 64 | CLERK'S NOTICE CONTINUING **TIME** FOR 10/5/2023 MOTION HEARING.<br><br>51 Joint MOTION to Dismiss *Class Action Complaint by Defendants Presidio Brands, Inc. and Peet's Coffee, Inc.; Memorandum of Points and Authorities in Support Thereof*, 50 MOTION to Dismiss *Complaint* Hearings set for 10/5/2023 at **11:00 AM** in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 10/3/2023) (Entered: 10/03/2023) |
| 10/04/2023 | 65 | Amended MOTION for leave to appear in Pro Hac Vice *for Chirag H. Patel (see ECF #33)* ( Filing fee $ 317, receipt number ACANDC−18271480.) Filing fee previously paid on 5/16/2023 filed by Presidio Brands, Inc.. (Attachments: # 1 Letter of Good Standing)(Patel, Chirag) (Filed on 10/4/2023) (Entered: 10/04/2023) |
| 10/04/2023 | 66 | **Order by Judge Vince Chhabria granting 65 Motion for Pro Hac Vice as to Chirag Patel. (bxs, COURT STAFF) (Filed on 10/4/2023) (Entered: 10/04/2023)** |
| 10/05/2023 | 67 | **Minute Entry for proceedings held before Judge Vince Chhabria: Motion Hearing held on 10/5/2023 re 51 Joint MOTION to Dismiss** *Class Action Complaint by Defendants Presidio Brands, Inc. and Peet's Coffee, Inc.; Memorandum of Points and Authorities in Support Thereof* **filed by Peet's Coffee, Inc., 50 MOTION to Dismiss** *Complaint* **filed by AddShopper, Inc.**<br><br>Oral arguments made and heard. Court to issue written ruling.<br><br>Total Time in Court: 51 minutes.<br>Court Reporter: Hearing recorded via Zoom: 11:20 – 12:11.<br>Plaintiff Attorney: Kasey Youngentob.<br>Defendant Attorney: Gerard Stegmaier (AddShopper), Chirag Patel (Presidio), Megan Suehiro (Peets).<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(bxs, COURT STAFF) (Date Filed: 10/5/2023) Proceedings transcribed by Tara Jauregui of Echo Reporting (echoreporting@yahoo.com Modified on 10/25/2023 (jaf, COURT STAFF). (Entered: 10/05/2023)** |
| 10/12/2023 | 68 | AUDIO RECORDINGS ORDER (requesting docket(s): 67 ), by AddShopper, Inc.. Court will send to Megan Stonestreet at mstonestreet@reedsmith.com a link to the files requested in this order. Audio Recording sent to mstonestreet@reedsmith.com on 10/13/23.( Filing fee $ 32, receipt number ACANDC−18732992). (Stegmaier, Gerard) (Filed on 10/12/2023) Modified on 10/13/2023 (jaf, COURT STAFF). (Entered: 10/12/2023) |
| 10/13/2023 | 69 | TRANSCRIPT ORDER for proceedings held on October 5, 2023 before Judge Vince Chhabria by AddShopper, Inc., for Recorded Proceeding – San Francisco. (Stegmaier, Gerard) (Filed on 10/13/2023) (Entered: 10/13/2023) |
| 10/16/2023 | 70 | CLERK'S NOTICE PROVIDING ZOOM ACCESS AND REQUIRING ADVANCE REGISTRATION OF COUNSEL RE 10/27/2023 INITIAL CASE MANAGEMENT CONFERENCE. |

| | | |
|---|---|---|
| | | Joint Case Management Statement due by 10/20/2023.<br>Initial Case Management Conference set for 10/27/2023 at 10:00 AM by Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. One list of names of all counsel appearing for all parties must be sent in one email to the CRD at vccrd@cand.uscourts.gov no later than Friday, October 20, 2023, by no later than 12:00PM.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 10/16/2023) (Entered: 10/16/2023) |
| 10/18/2023 | 71 | MOTION for Leave to File *Statement of Recent Decision* filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Attachments: # 1 Declaration Kasey Youngentob, # 2 Exhibit A, # 3 Proposed Order)(Siegel, Norman) (Filed on 10/18/2023) (Entered: 10/18/2023) |
| 10/20/2023 | 72 | Transcript of Proceedings held on 10/5/23, before Judge Vince Chhabria. Court Reporter/Transcriber Echo Reporting, Inc., telephone number 858−453−7590. Tape Number: 11:20 − 12:11. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 69 Transcript Order, ) Redaction Request due 11/13/2023. Redacted Transcript Deadline set for 11/20/2023. Release of Transcript Restriction set for 1/18/2024. (Related documents(s) 69 ) (Jauregui, Tara) (Filed on 10/20/2023) (Entered: 10/20/2023) |
| 10/20/2023 | 73 | TRANSCRIPT ORDER for proceedings held on 10−5−2023 before Judge Vince Chhabria by Presidio Brands, Inc., for Recorded Proceeding − San Francisco. (Jaworski, Myriah) (Filed on 10/20/2023) Modified on 10/27/2023 (jaf, COURT STAFF). (Entered: 10/20/2023) |
| 10/20/2023 | 74 | CASE MANAGEMENT STATEMENT *and (Proposed) Order (Joint)* filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Moore, J.) (Filed on 10/20/2023) (Entered: 10/20/2023) |
| 10/23/2023 | 75 | CLERK'S NOTICE CONTINUING 10/27/2023 INITIAL CASE MANAGEMENT CONFERENCE.<br><br>Joint Case Management Statement due by 11/9/2023.<br>Initial Case Management Conference reset to 11/17/2023 at 10:00 AM by Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. One list of names of all counsel appearing for all parties must be sent in one email to the CRD at vccrd@cand.uscourts.gov no later than Thursday, November 9, 2023, by no later than 12:00PM. |

| | | |
|---|---|---|
| | | **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 10/23/2023) (Entered: 10/23/2023) |
| 10/25/2023 | 76 | TRANSCRIPT ORDER for proceedings held on 10/05/2023 before Judge Vince Chhabria by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung, for Recorded Proceeding – San Francisco. (Siegel, Norman) (Filed on 10/25/2023) (Entered: 10/25/2023) |
| 11/02/2023 | 77 | ADMINISTRATIVE MOTION for Leave to File Statement of Recent Decision re 50 MOTION to Dismiss *Complaint* filed by AddShopper, Inc.. Responses due by 11/6/2023. (Attachments: # 1 Declaration of Gerard M. Stegmaier, # 2 Exhibit 1, # 3 Proposed Order)(Hawley, Terence) (Filed on 11/2/2023) (Entered: 11/02/2023) |
| 11/09/2023 | 78 | CASE MANAGEMENT STATEMENT *and (Proposed) Order (Joint)* filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Moore, J.) (Filed on 11/9/2023) (Entered: 11/09/2023) |
| 11/13/2023 | 79 | CLERK'S NOTICE CONTINUING 11/17/2023 CASE MANAGEMENT CONFERENCE.<br><br>Joint Case Management Statement due by 12/8/2023.<br>Initial Case Management Conference set for 12/15/2023 at 10:00 AM by Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. One list of names of all counsel appearing for all parties must be sent in one email to the CRD at vccrd@cand.uscourts.gov no later than Friday, December 8, 2023, by no later than 12:00PM. *No further registration is required if parties have already pre−registered. Pre−registration only required if different counsel will appear.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 11/13/2023) (Entered: 11/13/2023) |
| 11/30/2023 | 80 | NOTICE of Substitution of Counsel by Raymond A. Cardozo (Cardozo, Raymond) (Filed on 11/30/2023) (Entered: 11/30/2023) |
| 11/30/2023 | 81 | ADMINISTRATIVE MOTION for Leave to File Statement of Recent Decision re 50 MOTION to Dismiss *Complaint* filed by AddShopper, Inc.. Responses due by 12/4/2023. (Attachments: # 1 Declaration of Raymond A. Cardozo, # 2 Exhibit 1 – Briskin v. Shopify, Inc. Opinion, # 3 Proposed Order)(Cardozo, Raymond) (Filed on 11/30/2023) (Entered: 11/30/2023) |
| 12/08/2023 | 82 | JOINT CASE MANAGEMENT STATEMENT *and (Proposed) Order (Joint)* filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Moore, J.) (Filed on 12/8/2023) (Entered: 12/08/2023) |

| | | |
|---|---|---|
| 12/11/2023 | 83 | CLERK'S NOTICE ADVANCING 12/15/2023 INITIAL CASE MANAGEMENT CONFERENCE.<br><br>Initial Case Management Conference ADVANCED TO 12/14/2023 at 01:30 PM by Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 12/11/2023) (Entered: 12/11/2023) |
| 12/13/2023 | 84 | CLERK'S NOTICE CONTINUING 12/14/2023 CASE MANAGEMENT CONFERENCE.<br><br>Joint Case Management Statement due by 1/12/2024.<br>Initial Case Management Conference reset to 1/19/2024 at 10:00 AM by Videoconference Only. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(bxs, COURT STAFF) (Filed on 12/13/2023) (Entered: 12/13/2023) |
| 12/14/2023 | 85 | NOTICE of Appearance by Julia Q. Peng *for Defendant AddShoppers, Inc.* (Peng, Julia) (Filed on 12/14/2023) (Entered: 12/14/2023) |
| 01/11/2024 | 86 | NOTICE of Appearance by Tomio Buck Narita *for Defendant AddShoppers, Inc.* (Narita, Tomio) (Filed on 1/11/2024) (Entered: 01/11/2024) |
| 01/11/2024 | 87 | NOTICE of Appearance by Jeffrey A. Topor (Topor, Jeffrey) (Filed on 1/11/2024) (Entered: 01/11/2024) |
| 01/12/2024 | 88 | CASE MANAGEMENT STATEMENT filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Youngentob, Kasey) (Filed on 1/12/2024) (Entered: 01/12/2024) |
| 01/17/2024 | 89 | **ORDER by Judge Vince Chhabria granting in part and denying in part the motions to dismiss ( 50 ; 51 ). (vclc3, COURT STAFF) (Filed on 1/17/2024) (Entered: 01/17/2024)** |
| 01/19/2024 | 90 | **Minute Entry for proceedings held before Judge Vince Chhabria: Initial Case Management Conference held via Zoom on 1/19/2024.**<br><br>CASE REFERRED to randomly Magistrate Judge for Discovery purposes.<br><br>Plaintiff informed the Court that there is no intention to file an amended complaint at this time.<br><br>Parties to meet and confer and file a revised joint proposed schedule, within 7 days, which includes a class certification hearing in December with a CMC scheduled for January 2025. Class certification and Daubert briefing to be in one brief. Parties may |

| | | |
|---|---|---|
| | | file a motion to increase page limits.<br><br>Parties to meet and confer and file joint or competing proposals, within 7 days, regarding ADR preference. Court set deadline to complete ADR within 90 days.<br><br>Total Time in Court: 17 minutes.<br>Court Reporter: Hearing recorded via Zoom: 11:12 – 11:29.<br>Plaintiff Attorney: Austin Moore, Kasey Youngentob.<br>Defendant Attorney: Jim Rockney, Tomio Narita, Jeff Topor (AddShoppers), Megan Suehiro (Peets), Myriah Jaworski (Presidio/Every Man Jack).<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(bxs, COURT STAFF) (Date Filed: 1/19/2024) Transcriber – Tara Jauregui, email: echoreporting@yahoo.com (bns, COURT STAFF). (Entered: 01/22/2024)** |
| 01/23/2024 | | CASE REFERRED to Magistrate Judge Peter H Kang for Discovery. (shy, COURT STAFF) (Filed on 1/23/2024) (Entered: 01/23/2024) |
| 01/26/2024 | 91 | STIPULATION WITH PROPOSED ORDER *(Joint) Agreed Schedule* filed by Terry Michael Cook, Greg Dessart, Abby Lineberry, Oather McClung. (Youngentob, Kasey) (Filed on 1/26/2024) (Entered: 01/26/2024) |
| 01/29/2024 | 92 | Consent ADMINISTRATIVE MOTION For Order Permitting Withdrawal of Reed Smith LLP filed by AddShopper, Inc.. Responses due by 2/2/2024. (Attachments: # 1 Proposed Order)(Cardozo, Raymond) (Filed on 1/29/2024) (Entered: 01/29/2024) |
| 01/29/2024 | 93 | **Order by Judge Vince Chhabria granting 92 Administrative Motion Permitting Withdrawal of Reed Smith LLP. (bxs, COURT STAFF) (Filed on 1/29/2024) (Entered: 01/29/2024)** |
| 01/31/2024 | 94 | NOTICE of Appearance by Robert Travis Campbell (Campbell, Robert) (Filed on 1/31/2024) (Entered: 01/31/2024) |
| 01/31/2024 | 95 | TRANSCRIPT ORDER for proceedings held on January 19, 2024 before Judge Vince Chhabria by AddShopper, Inc., for Recorded Proceeding – San Francisco. (Campbell, Robert) (Filed on 1/31/2024) (Entered: 01/31/2024) |
| 02/01/2024 | 96 | **[IN−CHAMBERS TEXT ONLY ORDER]:**<br><br>This case has been referred to the undersigned for discovery purposes. *See* Dkt. 90 . Accordingly, the Parties shall review and be familiar with Judge Kang's Standing Order for Discovery, particularly Section H relating to discovery disputes, which is now applicable to this case.<br><br>Signed by Judge Peter H. Kang on 02/01/2024. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (phklc1, COURT STAFF) (Filed on 2/1/2024) (Entered: 02/01/2024) |
| 02/02/2024 | 97 | **Order by Judge Vince Chhabria granting AS MODIFIED 91 Stipulated Schedule.**<br><br>Designation of Experts due by 7/12/2024.<br>Designation of Rebuttal Experts due by 8/9/2024.<br><br>Class Certification and Daubert Motions due by 9/26/2024.<br>Defendants' Opposition to Class Certification, Opposition to Plaintiffs' Daubert Motions, & Defendants' Daubert Motions due by 11/1/2024.<br>Plaintiffs' Reply in Support of Class Certification, Opposition to Defendants' Daubert Motions, Plaintiffs' Reply in Support of Daubert Motion due by 11/18/2024.<br>Defendants' Replies in Support of Daubert Motions due by 12/5/2024.<br>Class Certification & Daubert Hearing set for 12/19/2024 at 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria.<br><br>Joint Case Management Statement due by 1/3/2025.<br>Further Case Management Conference set for 1/10/2025 at 10:00 AM by Videoconference Only. |

| | | |
|---|---|---|
| | | (bxs, COURT STAFF) (Filed on 2/2/2024) (Entered: 02/02/2024) |
| 02/08/2024 | 98 | MOTION for leave to appear in Pro Hac Vice *(with attached Certificates of Good Standing)* ( Filing fee $ 328, receipt number ACANDC−19105219.) filed by Peet's Coffee, Inc.. (Church, Ezra) (Filed on 2/8/2024) (Entered: 02/08/2024) |
| 02/08/2024 | 99 | **Order by Judge Vince Chhabria granting 98 Motion for Pro Hac Vice as to Ezra Church. (bxs, COURT STAFF) (Filed on 2/8/2024) (Entered: 02/08/2024)** |
| 02/09/2024 | 100 | MOTION for Leave to Appeal *Order on Motion to Dismiss Pursuant 28 U.S.C. § 1292(b) and for Stay of Proceedings* filed by AddShopper, Inc.. Motion Hearing set for 3/21/2024 10:00 AM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 2/23/2024. Replies due by 3/1/2024. (Attachments: # 1 Exhibit A to Motion (Order on Motion to Dismiss in Martin case), # 2 Request for Judicial Notice, # 3 Exhibit 1 to Request for Judicial Notice (News Article))(Campbell, Robert) (Filed on 2/9/2024) (Entered: 02/09/2024) |
| 02/12/2024 | 101 | Transcript of Proceedings held on 01/19/24, before Judge Vince Chhabria. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Tape Number: 11:12 – 11:29. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 95 Transcript Order ) Redaction Request due 3/4/2024. Redacted Transcript Deadline set for 3/14/2024. Release of Transcript Restriction set for 5/13/2024. (Related documents(s) 95 ) (Jauregui, Tara) (Filed on 2/12/2024) (Entered: 02/12/2024) |
| 02/13/2024 | 102 | TRANSCRIPT ORDER for proceedings held on 01/19/24 before Judge Vince Chhabria by Peet's Coffee, Inc., for Recorded Proceeding – San Francisco. (Suehiro, Megan) (Filed on 2/13/2024) (Entered: 02/13/2024) |
| 02/15/2024 | 103 | NOTICE of Voluntary Dismissal *Without Prejudice Under Rule 41(a)(1)(A)(i)* by Oather McClung (Youngentob, Kasey) (Filed on 2/15/2024) (Entered: 02/15/2024) |
| 02/23/2024 | 104 | OPPOSITION/RESPONSE (re 100 MOTION for Leave to Appeal *Order on Motion to Dismiss Pursuant 28 U.S.C. § 1292(b) and for Stay of Proceedings* ) *Plaintiffs' Opposition to AddShoppers' Motion for Interlocutory Appeal* filed byTerry Michael Cook, Greg Dessart, Abby Lineberry. (Youngentob, Kasey) (Filed on 2/23/2024) (Entered: 02/23/2024) |
| 02/26/2024 | 105 | ANSWER to Complaint by Presidio Brands, Inc.. (Jaworski, Myriah) (Filed on 2/26/2024) (Entered: 02/26/2024) |
| 02/26/2024 | 106 | ANSWER to Complaint by AddShopper, Inc.. (Luca, Dominic) (Filed on 2/26/2024) (Entered: 02/26/2024) |
| 02/26/2024 | 107 | ANSWER to Complaint by Peet's Coffee, Inc.. (Suehiro, Megan) (Filed on 2/26/2024) (Entered: 02/26/2024) |
| 03/01/2024 | 108 | REPLY (re 100 MOTION for Leave to Appeal *Order on Motion to Dismiss Pursuant 28 U.S.C. § 1292(b) and for Stay of Proceedings* ) filed byAddShopper, Inc.. (Attachments: # 1 Supplemental Request for Judicial Notice, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Campbell, Robert) (Filed on 3/1/2024) (Entered: 03/01/2024) |
| 03/19/2024 | 109 | CLERK'S NOTICE VACATING 3/21/2024 MOTION HEARING RE 100 Motion for Leave to Appeal Order on Motion to Dismiss Pursuant 28 U.S.C. § 1292(b) and for Stay of Proceedings.<br><br>The Court will issue a written ruling based on the motion and responsive briefs.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (bxs, COURT STAFF) (Filed on 3/19/2024) (Entered: 03/19/2024) |
| 03/26/2024 | 110 | **Order by Judge Vince Chhabria denying 100 Motion for Leave to Appeal.(vclc3, COURT STAFF) (Filed on 3/26/2024) (Entered: 03/26/2024)** |

| | | |
|---|---|---|
| 03/29/2024 | 111 | STIPULATION *of Protective Order* filed by Terry Michael Cook, Greg Dessart, Abby Lineberry. (Attachments: # 1 Declaration in Support of the Stipulated Protective Order)(Youngentob, Kasey) (Filed on 3/29/2024) Modified on 4/1/2024 (jaf, COURT STAFF). Modified on 4/1/2024 (jaf, COURT STAFF). (Entered: 03/29/2024) |
| 04/08/2024 | 112 | **Order. Signed on 4/8/2024 by Magistrate Judge Peter H Kang granting 111 Motion for Protective Order.**<br><br>(jaf, COURT STAFF) (Filed on 4/8/2024) (Entered: 04/08/2024) |
| 04/18/2024 | 113 | STATUS REPORT *(Joint) Regarding Alternative Dispute Resolution* by Terry Michael Cook, Greg Dessart, Abby Lineberry. (Youngentob, Kasey) (Filed on 4/18/2024) (Entered: 04/18/2024) |