## **CERTIFICATE OF SERVICE**

I, JOSEPH WOLFSON, ESQUIRE, certify that on this date, the foregoing Motion to Dismiss has been filed electronically, and is available for viewing and downloading from the ECF System, has been served via the Court's electronic filing service on all counsel of record, and was also served via USPS on the following parties who have not consented to electronic service:

> Tomio B. Narita, Esq.
> **Womble Bond Dickinson**
> 50 California Street, Ste 2750
> San Francisco, California 94111
>
> *Defendant AddShoppers, Inc.*

By: */s/ Joseph Wolfson*
Joseph Wolfson, Esquire

Dated: May 6, 2024