# **EXHIBIT B**

Vivint's Privacy Policy

844.229.5938 (tel:+18442295938)

# Vivint Privacy Notice

Last Updated: April 2024

*Note: If you are a California resident, please <u>click here</u> for information about your specific privacy rights.*

This Privacy Notice describes the information that Vivint, Inc. and our subsidiaries and affiliates (together, "Vivint") collect, use, share, and store when you use the following Vivint products and services: the Vivint home security systems, security cameras, smart home devices, websites and mobile apps, sales and customer support, monitoring services, camera services, other subscription services, and other online and offline interactions. This Privacy Notice applies to information we collect about you in many contexts.

We may make updates or additions to this privacy notice, so we encourage you to review it periodically. These changes shall be communicated to you as per the process detailed in the "Changes to this Privacy Notice" section.

## Vivint Values Your Privacy

Vivint's commitment to providing security and peace of mind extends to how we handle the Personal Information of our customers and the public. Vivint builds and maintains consumer trust by protecting Personal Information including Sensitive Personal Information and Protected Health Information.

## Information We Collect

*We collect information that helps us contact you, provide our products and services to you and carry out certain business purposes described below. If we can use this information to identify you, we consider it personal information. This means that data that directly identifies you (like your name) and data that does not directly identify you, but that can reasonably be used to identify you (like the serial number of your device), is considered personal to you.*

☎ 844.229.5938 (tel:+18442295938)

The information we collect depends on the types of products and services you use. In general, the categories of information we may collect about you include:

**Identifiers**, such as your name, physical address, email address, telephone number, account name, and device identifiers.

**Customer records**, such as signature, physical characteristics or description, information about your home or property, and credit-related information (for example, the result of your credit pre-qualification or your FICO score). This information is only collected from customers.

**Protected class and demographic information**, such as age, sex, gender, disability, marital status, veteran status, race, and ethnicity.

**Commercial information**, such as information about purchases or quotes, information about subscriptions, products and services you have shown interest in, and other commercial information.

**Device information**, consisting of information from devices you connect to or use with Vivint products and services, including your mobile device, connected devices, and wired and wireless sensors. The information we receive from these devices may include IP address, unique device identifiers such as MAC address, sensor and activity information (for example, door open, motion detected, glass break sound detected, package detected near door, and person detected in camera's field of vision), battery status, and Wi-Fi network information. This also includes information about non-Vivint devices, utilities, and appliances used in your home (for example, use of a Google, Alexa, or MyQ device). This information is only collected from customers.

**Internet or other electronic network activity information**, such as browsing history, search history, website chat conversation transcripts, device and browser information, and information about your interactions with and use of our products, services, and social media.

**Geolocation data**, such as from devices you connect to or use with our products and services, including your mobile device, connected devices, and wired and wireless sensors, such as through the use of geolocation features in the devices (including FINE, COARSE, and BACKGROUND location), or by inference from

844.229.5938 (tel:+18442295938)

other information we collect (for example, your IP address may indicate the general geographic region from which you are connecting to the Internet and your Vivint system sensors may indicate you are at home).

**Audio, electronic, visual, or other sensory information**, such as photographs, footage, and sounds and noises captured by products and devices installed in or around your home or property. For example, the Vivint doorbell, outdoor, and indoor cameras capture photographs and footage. This information is only collected from customers.

**Professional or employment-related information**, such as your job title, employer, and income.

**Inferences** drawn from the information we collected about you to create profile about you reflecting your preferences. For example, we may infer your individual preferences based on what you view on our websites.

In addition, we also may collect sensitive information, including the following:

- Social Security number, driver's license number, or passport number.

- Account log-in, financial account (including whether you have financed your Vivint system through a Vivint lending partner), debit card, or credit card number in combination with any required security or access code, password, or credentials allowing access to an account.

- Precise geolocation (for example, your use of Vivint Car Guard may indicate the precise geolocation of your vehicle, and your use of Vivint sensors in your home may indicate the presence of people in the precise geolocation of your home or property).

- Racial or ethnic origin.

# Product Specific Information

*When you use our products and services, you trust us with your most personal information. Our home security systems, security cameras, and smart home devices and sensors collect certain sensor, technical and monitoring information. Depending on how you use these products and services, sometimes we collect this information continuously and for long periods of time. For this reason, we want you to understand what specific sensor, technical and monitoring information we collect from these products. The below sections contain a description of that information.*

844.229.5938 (tel:+18442295938)

## Information Collected by the Vivint Smart Hub                               +

## Information Collected by Vivint Security Sensors                            +

## Information Collected by Vivint Safety Alarms                               +

## Information Collected by Vivint Cameras                                     +

## Information Collected by Kwikset Smart Locks                                +

## Information Collected by Vivint Smart Garage Door Opener                    +

## Information Collected by Vivint Smart Thermostat                            +

## Information Collected by Vivint Smart Lighting                              +

# Sources Of Information

*In addition to collecting information directly from you, we may receive personal information about you from other individuals, from the devices you use, through data collection technologies, our partners who work with us to provide our products and services, and from other lawful sources.*

We collect information about you from the following sources:

**Directly from you**. We collect information that you provide to us, such as when you create an account, make a purchase or request a quote, or contact us.

**Our products**. We collect information from our products, such as when you activate a product, use a product, when a product detects an event, or when you contact us through a product.

**Data collected automatically through tracking technologies**. We may automatically collect information or inferences about you through tracking technologies such as cookies and tools that track your usage of Vivint websites or the Vivint mobile app.

**Third parties**. We may collect information from other parties. For example, in some cases, devices and products from third parties may connect to our services and the third parties may send us information about the use of those devices, including sensor and activity data. We may also obtain information about you from service providers, business partners, public sources, social media companies, and other parties.

# How We Use Your Information

*We process the personal information described above for a variety of business and commercial purposes, including to power our services, to communicate with you, for security and fraud prevention, and to comply with law. We may also use your personal information for other purposes with your consent.*

The purposes for which we collect and use Personal Information depend on, among other things, our relationship or interaction with the specific users. The table below lists the purposes for which we collect and use Personal Information in different contexts.

**To provide and personalize our services,** such as processing or fulfilling orders and transactions, providing our products and services, processing payments, providing customer service, maintaining or servicing accounts, providing financing, verifying customer information, creating and maintaining business records, verifying eligibility for products or services, and undertaking or providing similar services.

**For internal research and development,** such as testing and verifying the quality of our products and services, improving the quality of our products and services, and creating new products and services.

**Communicating with you,** including through our service providers, such as responding to your questions and comments via telephone, email and website chat, confirming alerts and alarms received from your connected products, and notifying you of updates to our products and services.

**For legal, security, or safety reasons,** such as protecting our and our users' safety, property, or rights, complying with legal requirements, enforcing our terms, conditions, and policies, detecting, preventing, and responding to security incidents, and protecting against malicious, deceptive, fraudulent, or illegal activity.

**As part of a corporate transaction,** such as in connection with the sale of part or all of our assets or business, the acquisition of part or all another business or another business' assets, or another corporate transaction, including bankruptcy.

**For marketing,** such as sending information on our products and services or those of our affiliates, business partners, or other third parties. This may include using your information to send you in-app messages and notices, email, newsletters, surveys, promotions, or news about events. If you opt in to receive

marketing text messages from Vivint, we will only text you about the services described in the opt-in notice and will not share your opt-in with third parties for their own marketing purposes.

We may also use anonymized, de-identified, or aggregated information for the purposes permitted by law.

# How We Disclose Your Information

*We may disclose personal information described above with our affiliates and subsidiaries, service providers who act on our behalf, our business partners, third parties pursuant to legal purposes, or to others at your direction.*

We may disclose your information with the following third parties and in the following ways:

**Affiliates and subsidiaries.** We may disclose your information to the Vivint family of companies and any of our parent companies and their affiliates for their and our business purposes and for marketing purposes, including providing you with information about products and services we think may interest you. We may also combine your information with information about your smart home products and your insurance products to coordinate the functions of your Vivint smart home system with your insurance products.

**Service providers.** We may provide your information to our service providers to provide and improve our products and services, including for analytics purposes, hosting, product development, and to send or receive communications on Vivint's behalf.

**Business partners.** We may disclose your information to third parties that may use it for their own purposes, including companies that operate cookies and other advertising and marketing partners, insurance companies for risk management purposes and for your eligibility for insurance products and discounts, social media companies, and other business partners.

**For legal, security, or safety reasons.** We may disclose your information to law enforcement or other government authorities (including emergency responders) to comply with legal requirements or orders, to enforce our terms, conditions, and policies, and to protect our and our users' safety, property, or rights.

**As part of a corporate transaction.** We may disclose your information in connection with the sale of part or all of our assets or business, the acquisition of part or all of another business or another business' assets, or another corporate transaction, including bankruptcy.

**Entities to which you have consented to the disclosure.** We may disclose your information to third parties with your consent or at your direction, such as energy utilities to allow you to participate in energy savings programs.

# Cookies and Other Tracking Technologies

*Like many websites and applications, we and our service providers and business partners automatically collect certain information about you when you use and interact with our websites, social media accounts, mobile applications, and emails (collectively, "Online Services"). We collect this information using tools such as cookies, web beacons, pixels, tags, embedded scripts, session replay tools, SDKs, and other tracking technologies (collectively, "Tracking Technologies").*

The below descriptions will help you understand these Tracking Technologies so that you can make informed choices about them.

- **Cookies** are a type of technology that install a small amount of information on a user's computer or other device when they visit a website. Cookies permit a website to, for example, recognize you each time you visit the website visits using that computer or device.

- **Pixels, web beacons, and tags** are types of code or transparent graphics that contain a unique identifier. These technologies provide analytical information about the user experience and help us customize our marketing activities. In contrast to cookies, which are stored on a user's computer hard drive, these technologies are embedded invisibly on web pages.

- **Session replay tools** record your interactions with the Services, such as how you move throughout our Services and engage with our webforms. This information helps us identify and fix technical issues visitors may be having with the Services.

- **Embedded scripts and SDKs** are other types of code that we may use. They allow us to build and integrate custom experiences on our mobile applications and other online properties, some of which may be developed by a third party.

844.229.5938 (tel:+18442295938)

We use these Tracking Technologies to customize your visit, save your preferences, manage content, gather usage information, personalize marketing, and serve advertising (including targeted, interest-based advertising). For example:

---

Analytics                                                              +

---

Advertising                                                           +

---

Clickstream Data                                                      +

---

Location Services                                                     +

---

Cross-Device Matching                                                 +

---

Data Management Platform Services                                     +

---

Push Notifications                                                    +

**Tracking Over Time and Across Devices**   844.229.5938 (tel:+18442295938)

# Your Choices

*You have certain rights and choices with respect to your data. You may have additional rights depending on where you live and how those laws apply to you. If you are a California resident, please see our __California supplement__ below. If you are a Virginia, Colorado, Utah, or Connecticut resident, please see our __supplement notice__ for you below.*

While we maintain your information, you have the following choices:

**Account and Purchase Information.** You can update your account information through your account settings on our websites or apps or by contacting us as set out under "Contact Us" below. You can also update your purchase information by contacting us as set out under "Contact Us" below.

**Turning Off Location Information.** You can prevent your mobile device from sharing location information with us through your mobile device's operating system settings. However, you may not be able to fully use our products or services if you disable this sharing. Please note that even if you disable location sharing on your mobile device, we will continue to receive your IP address and use it as described above to, for example, determine your location.

**Disabling Push Notifications.** If you have permitted push notifications, our mobile application may send them to your mobile device. If you would like to disable push notifications, you can do so using your mobile device settings.

**Marketing communications.** You can unsubscribe from our promotional emails via the unsubscribe link provided in the emails. To opt out of receiving our direct mail promotional materials, please send us an email at __privacy@vivint.com__

(mailto:privacy@vivint.com). Please note that you will continue to receive
administrative messages from us even if you opt out of receiving promotional
messages.

**Personalized Ads.** Some of our advertising partners are members of the Network
Advertising Initiative ("NAI") or the Digital Advertising Alliance ("DAA"). If you do
not wish to receive our personalized interest-based ads, please visit the NAI at
https://optout.networkadvertising.org/?c=1
(https://optout.networkadvertising.org/?c=1) or the DAA at
https://optout.aboutads.info/?c=2&lang=EN (https://optout.aboutads.info/?
c=2&lang=EN) to learn about your options for opting out of receiving
personalized ads from member companies.

You may also be able to use browser settings to disable or delete cookies. You
might have to repeat this process for each computer, device, or browser that you
use.

Please note that if you disable cookies, you may not be able to use the full
functionality of our websites.

# Data Retention and Security

We retain and store your information to provide services to you and for certain legal
purposes. Even though we have implemented reasonable security to protect your
information, we recommend that you still use caution when sending and receiving
information from us.

We generally store your information on cloud servers operated by a third-party
service provider until you delete or edit it, or for as long as you remain a Vivint
customer. In addition, we may store your personal information to resolve disputes,
establish legal defenses, conduct audits, pursue legitimate business purposes,
enforce our agreements and comply with applicable laws.

We use a variety of administrative, technical, and physical controls to help protect
your information. Unfortunately, even though we take measures to protect your
information, no security measure can be 100% secure, and we cannot guarantee the
security of your information. We recommend that you read this Privacy Notice
carefully, contact us if you have any questions about our security, and take
reasonable precautions to protect the information you send and receive from us. We
also encourage you to take the following reasonable steps to protect your personal
information against unauthorized disclosure or misuse. Ensure that your mobile

device's screen is secured with a strong password, PIN, swipe pattern, facial recognition, or fingerprint. Do not share your account credentials with anyone. If you receive a suspicious email or text claiming to be from us, don't respond or click any links. Set up account alerts and notifications for any changes to your account. Install antivirus and antispyware software on your computer. Update your software to ensure you're set up to address vulnerabilities that phishing scams and viruses exploit.

## International Users

Our products and services are intended only for individuals in the United States. If you are located outside of the United States and choose to use our products and services, you do so at your own risk. You understand that the information we collect about you will be transferred to the United States and other countries where we or our service providers and business partners are located. Please be aware that the laws in the United States may not be as protective as the laws in your country.

## Children's Information

Only individuals aged 18 and older are permitted to act as owners of Vivint products and services. Authorized users must be over the age of 13 (or the equivalent minimum age in the jurisdiction where they reside) and may use the products and services under the supervision of a parent or legal guardian.

Although we do not knowingly collect personal information online from children under the age of 13, if a child under the age of 13 has provided us with personal information online, we ask that a parent or guardian contact Vivint at **privacy@vivint.com (mailto:privacy@vivint.com)**.

## Third Party Links

Our websites and apps may contain links to third party websites or other online services that we do not own or control. This Privacy Notice does not apply to any third-party websites or online services that we do not own or control, even if you access them through our websites and apps. We are not responsible for the privacy practices of these websites or services. We encourage you to carefully review the privacy policies on these websites and services so that you will know how they collect, use, and share your information.

# Supplemental Information for California Residents

📞 844.229.5938 (tel:+18442295938)

This section provides additional information for California residents whose information is subject to the California Consumer Privacy Act ("CCPA"). It does not apply to individuals who are not California residents.

## Categories of Personal Information

The personal information we collect depends on your relationship with us and how you interact with our products and services. In the last 12 months, we have collected the following categories of information: (i) identifiers; (ii) customer records; (iii) protected class and demographic information; (iv) commercial information; (v) internet or other electronic network activity information; (vi) geolocation data; (vii) audio, electronic, visual, or other sensory information; (viii) professional or employment-related information; (ix) inferences; (x) device information; and (xi) sensitive information. The section in our Privacy Notice titled "Information We Collect" contains examples of the types of data that fall into each category.

## Sources of Personal Information

In addition to collecting information directly from you, we may receive personal information about you from other individuals, from the devices you use, through data collection technologies, our partners who work with us to provide our products and services, and from other lawful sources. This Privacy Notice details the categories of sources in the "Sources of Information" section above.

## Uses of Personal Information

We process the personal information described above for a variety of business and commercial purposes, including to provide and personalize our services, offer benefits and rewards, communicate with you, for research and development, for security and safety reasons, for legal purposes, for marketing, and as part of a corporate transaction. We may also use your personal information for other purposes with your consent. More details about these business and commercial purposes are listed in this Privacy Notice.

## Disclosure of Personal Information

We disclose all the categories of personal information detailed in the chart below for business and commercial purposes detailed in the "How We Use Your Information" section above.

Although we have not sold personal information for money in the past 12 months, we engage in many standard business interactions with third parties that might be considered a "sale" or "sharing" of personal information as those concepts are defined by CCPA or CPRA. We do not knowingly sell or share personal information of minors under the age of 16.

| Categories of Personal Information We Collect | Categories of Third Parties with Whom We Disclose Personal Information for a Business or Commercial Purpose | Categories of Third Parties to Whom Personal Information is Sold or Shared |
|---|---|---|
| **Identifiers** | <ul><li>Affiliates and subsidiaries</li><li>Service providers</li><li>For legal, security, and safety purposes</li><li>In connection with a corporate transaction</li><li>Entities to which you have consented to the disclosure</li></ul> | Companies that operate cookies and other online tracking technologies |
| **Personal information subject to the California Customer Records Act** | <ul><li>Affiliates and subsidiaries</li><li>Service providers</li><li>For legal, security, and safety purposes</li><li>In connection with a corporate transaction</li><li>Entities to which you have consented to the disclosure</li></ul> | Not sold or shared |

844.229.5938 (tel:+18442295938)

| Protected class and demographic information | • Affiliates and subsidiaries<br>• Service providers<br>• For legal, security, and safety purposes<br>• In connection with a corporate transaction<br>• Entities to which you have consented to the disclosure | Companies that operate cookies and other online tracking technologies |
|---|---|---|
| Commercial Information | • Affiliates and subsidiaries<br>• Service providers<br>• For legal, security, and safety purposes<br>• In connection with a corporate transaction<br>• Entities to which you have consented to the disclosure | Companies that operate cookies and other online tracking technologies |
| Internet or other electronic network activity | • Affiliates and subsidiaries<br>• Service providers<br>• For legal, security, and safety purposes<br>• In connection with a corporate transaction<br>• Entities to which you have consented to the disclosure | Companies that operate cookies and other online tracking technologies |

☎ **844.229.5938 (tel:+18442295938)**

| Geolocation data | • Affiliates and subsidiaries<br>• Service providers<br>• For legal, security, and safety purposes<br>• In connection with a corporate transaction<br>• Entities to which you have consented to the disclosure | Companies that operate cookies and other online tracking technologies |
|---|---|---|
| **Audio, electronic, visual, or other sensory information** | • Affiliates and subsidiaries<br>• Service providers<br>• For legal, security, and safety purposes<br>• In connection with a corporate transaction<br>• Entities to which you have consented to the disclosure | Not sold or shared |
| **Professional or employment-related information** | • Affiliates and subsidiaries<br>• Service providers<br>• For legal, security, and safety purposes<br>• In connection with a corporate transaction<br>• Entities to which you have consented to the disclosure | Not sold or shared |

| (7) Inferences | • Affiliates and subsidiaries <br><br> • Service providers <br><br> • For legal, security, and safety purposes <br><br> • In connection with a corporate transaction <br><br> • Entities to which you have consented to the disclosure | ☎ **844.229.5938 (tel:+18442295938)** <br><br> Companies that operate cookies and other online tracking technologies |
|---|---|---|

## Sensitive Information

We only use and disclose your sensitive information for the following purposes: (i) performing services or providing goods reasonably expected by an average consumer; (ii) detecting security incidents; (iii) resisting malicious, deceptive, or illegal actions; (iv) ensuring the physical safety of individuals; (v) for short-term, transient use, including non-personalized advertising; (vi) performing or providing internal business services; (vii) verifying or maintaining the quality or safety of a service or device; or (viii) purposes that do not infer characteristics about you. We do not use or disclose sensitive information for any other purpose.

## Retention of Personal Information

Typically, we retain your personal information for the period necessary to fulfill the purposes outlined in this privacy notice, unless a longer retention period is required or permitted by law. Please note that in many situations we must retain all, or a portion, of your personal information to comply with our legal obligations, resolve disputes, enforce our agreements, to protect against fraudulent, deceptive, or illegal activity, or for another one of our business purpose Criteria we will use to determine how long we will retain your information include whether: we need your information to provide you with products or services you have requested; we continue to have a relationship with you; you have requested information, products, or services from us;

844.229.5938 (tel:+18442295938)

we have a legal right or obligation to continue to retain your information; we have an obligation to a third party that involves your information; our retention or recordkeeping policies and obligations dictate that we retain your information.

<u>Rights Concerning Your Information</u>

If you are a California resident, you may have the following rights concerning our collection, use, and disclosure of your personal information:

**Right to Know.** You have the right to request information about the categories of personal information we have collected about you, the categories of sources from which we collected the Personal Information, the purposes for collecting, selling, or sharing the Personal Information, and the categories of third parties with whom we have disclosed your Personal Information, and the specific pieces of Personal Information we have collected about you.

**Right to Delete.** You have the right to request that we delete Personal Information that we have collected from you.

**Right to Correct.** You have the right to request that we correct inaccurate Personal Information that we maintain about you.

**Right to Opt-Out of Sales or Sharing.** You have the right to opt-out of the sale or sharing of your Personal Information.

**Right to Limit Use and Disclosure of Sensitive Personal Information.** Under California Privacy Rights Act ('CPRA'), you have the right to request the limit of usage and sharing of your Sensitive Personal Information.

**Right of No Retaliation Following Opt-Out or Exercise of Other Rights.** You will not be discriminated against for exercising your rights under the California Consumer Privacy Act.

California residents may exercise the Right to Know, Right to Delete, and Right to Correct by submitting a request through this **link (https://www.requesteasy.com/6387-1256)**, emailing us at **privacy@vivint.com (mailto:privacy@vivint.com)** or by calling us at (800) 216-5232.

To exercise the Right to Opt-Out of Sales or Sharing with respect to any "sale" or "sharing" of personal information automatically collected online through cookies and other tracking technologies, you must do both of the following steps:

844.229.5938 (tel:+18442295938)

1. Submit a request through the "Do Not Sell or Share My Personal Information" link here (https://www.requesteasy.com/6387-1256).

2. Disable the use of all cookies and other tracking technologies in the preference center.

We process Right to Opt Out of Sales or Sharing requests submitted through the preference center at the browser level. To fully opt out, you must disable the use of cookies and other tracking technologies through the preference center on each browser and each device you use to access our websites. Please be aware that if you block cookies, we will be unable to process requests sent through our preference center, and if you clear cookies, you will need to resubmit your request through the preference center.

You may use an authorized agent to submit a rights request on your behalf. To do so, your authorized agent must submit a request via email (to privacy@vivint.com (mailto:privacy@vivint.com)) and indicate that they are submitting the request as an agent. We may require the agent to provide proof that you gave signed permission to submit the request and may also require you to confirm with us that you provided the agent permission to submit the request or to verify your own identity directly with us.

We will take steps to verify your identity before completing your rights request. To do so, we may ask you to provide additional information, such as your name, home address, and email address. Depending on the nature of your request and our relationship with you, we may request different or additional information, including a signed declaration that you are who you claim to be.

<u>Shine the Light</u>

California's "Shine the Light" law (Civil Code Section § 1798.83) permits users of our website that are California residents to request certain information regarding our disclosure of personal information to third parties for their direct marketing purposes. If you are a California resident and would like to submit such a request, please submit your request in writing to us using the contact information provided below and include the subject line "CA Shine the Light Request".

# Rights for Residents of Virginia, Colorado, Utah, and Connecticut

If you are a resident of Virginia, Colorado, Utah, or Connecticut you may have the following rights:

**Right to Know, Access or Confirm:** You may have the right to confirm whether we process your Personal Information and to access such data.

**Right to Correction or Rectification:** You may have the right to correct inaccuracies in your Personal Information.

**Right to Deletion:** You may have the right to delete your Personal Information that we have obtained.

**Right to Data Portability:** You may have the right to receive a copy of your Personal Information in a portable and readily usable format.

**Right to Opt-out of Processing:** You may have the right to opt out of the processing of your information for purposes of (i) targeted advertising, (ii), the sale of your information; or (iii) profiling in furtherance of decisions that produce legal or similarly significant effect concerning you.

To exercise these rights, please contact us at privacy@vivint.com (mailto:privacy@vivint.com) or submit a request through the "Do Not Sell or Share My Personal Information" link here (https://www.requesteasy.com/6387-1256).

You will not be discriminated against for exercising your rights under the Utah Consumer Privacy Act (UCPA)

As with the CCPA and CPA, the Connecticut Data Privacy Act ('CTDPA) also grants consumers the ability to designate another person as an authorized agent to exercise the right to opt-out on their behalf.

If you disagree with a decision of Vivint regarding your rights, you may appeal that decision by emailing privacy@vivint.com (mailto:privacy@vivint.com) or by submitting a request through this link (https://www.requesteasy.com/6387-1256).

## Rights for Residents of Nevada

If you are a Nevada resident, you have the right to opt out of the sale of certain personal information, including your name and mailing address, to third parties.

## Changes to this Privacy Notice

☏ 844.229.5938 (tel:+18442295938)

We may make changes to this Privacy Notice from time to time. If we do, we will update the "Last Updated" field at the top of this Privacy Notice. We encourage you to review it periodically.

When we make material changes to this Policy, we'll provide you with prominent notice as appropriate under the circumstances. If the changes materially alter your rights or obligations under this Privacy Notice, we will make reasonable efforts to notify you of the change. For example, we may send a message to your email address, if we have one on file, or generate a pop-up or similar notification when you access our products or services for the first time after such material changes are made.

## Contact Us

If you have any questions about your information, this Privacy Notice, or our privacy practices, or if you would like to exercise certain choices and rights described in this Privacy Notice, please contact us at privacy@vivint.com (mailto:privacy@vivint.com) or by submitting a request through this link (https://www.requesteasy.com/6387-1256).

## Exclusions

This Notice does not apply to the following:

- Information about our employees, contractors, agents, and job applicants.

- Information about individuals collected in the context of business-to-business communications and transactions, such as information about employees of our business partners and customers.

- Information that we handle on behalf of our business customers. We act as a processor regarding this information. As such, please see their applicable privacy notice for more information.

- Information that we collect in the context of providing financial services, such as loan brokering. Please review our **GLBA Notice (/legal/glba-privacy-notice)** for more information.

- Information we collect in the context of providing insurance-related products and services. Please review our **Insurance Privacy Notice (/legal/insurance-information-practices)** for more information.

## Third-Party Links

☎ **844.229.5938 (tel:+18442295938)**

Our websites and apps may contain links to third-party websites or other online services that we do not own or control. This Privacy Notice does not apply to any third-party websites or online services that we do not own or control, even if you access them through our websites and apps. We are not responsible for the privacy practices of these websites or services. We encourage you to carefully review the privacy policies on these websites and services so that you will know how they collect, use, and share your information.

Customer Support (https://support.vivint.com/s/)

Licenses (https://www.vivint.com/legal/licenses)

Privacy Policy (https://www.vivint.com/legal/privacy-policy)

Terms of Service (https://www.vivint.com/legal/terms-of-use)

Copyright © 2024 Vivint, Inc. All rights reserved.

Do not sell or share my personal information. (https://www.requesteasy.com/6387-1256) Limit the use of my sensitive personal information. (https://www.requesteasy.com/6387-1256)