**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMELIA INGRAO, AND ELIZABETH PACANA, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ADDSHOPPERS, INC., NUTRISYSTEM, INC., VIVINT, INC.**<br><br>**Defendants.** | **Civil Action No: 2:24-cv-01022-JHS** |

**ADDSHOPPERS, INC.'S MOTION TO DISMISS**
**CLASS ACTION COMPLAINT**

Defendant, AddShoppers, Inc. ("AddShoppers"), by and through its undersigned counsel, hereby move to dismiss with prejudice the Class Action Complaint filed by Plaintiffs Amelia Ingrao ("Ingrao") and Elizabeth Pacana ("Pacana" and together with Ingrao, collectively "Plaintiffs") (Dkt. 1), pursuant to Federal Rules of Civil Procedure 12(b)(2), and 12(b)(6), for the reasons set forth in the Brief in Support of the Motion to Dismiss the Complaint filed contemporaneously herewith ("Brief"), and states as follows:

1. Plaintiffs filed a five-count complaint against AddShoppers, Nutrisystem, Inc., and Vivint, Inc. for violations of the Pennsylvania's Wiretapping and Electronic Surveillance Control Act (WESCA), 18 Pa. C.S. §§ 5701, *et seq*., and California's Computer Access and Data Fraud Act (CDAFA), Cal. Pen. Code § 502.

2. Specifically, as to AddShoppers, Plaintiff Pacana, individually and on behalf of a putative class of individuals she seeks to represent (the "Proposed Pennsylvania Sub-Class"), asserts Count 2 for violations of WESCA. Plaintiff Ingrao, meanwhile, individually and on behalf

of a putative class of individuals she seeks to represent (the "Proposed California Sub-Class"), asserts Count 5 against AddShoppers for violations of the CDAFA.[1]

3. As demonstrated more fully in the Brief, AddShoppers asserts the following grounds on which Plaintiffs' Complaint should be dismissed:

a. Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1292, this Court lacks personal jurisdiction over Defendant AddShoppers and as such, Counts 2 and 5 must be dismissed.

b. In the alternative, Plaintiffs' claims under Counts 2 and 5 should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a plausible claim for relief. The Plaintiffs have failed to comply with the basic pleading standards articulated under *Iqbal* and *Twombly.*

4. To the extent any portion of this action remains, it should be stayed pending the outcome of the putative class action matter pending in the Northern District of California, styled as *McClung, et al. v. AddShoppers, Inc., et al*., Case No. 3:23-cv-01996-VC (the "*McClung* action"). The *McClung* action was filed on April 24, 2023 by the same Plaintiffs' lawyers who filed this case, and it asserts putative class claims that are either the same claims at issue here, or analogs of those claims based entirely on the same factual allegations.

WHEREFORE, for these reasons, which are more fully articulated in the accompanying Brief incorporated by reference herein, AddShoppers respectfully requests that this Court enter an Order dismissing Counts 2 and 5 of the Class Action Complaint in their entirety. In the alternative,

---

[1] AddShoppers respectfully disagrees with the suggestion by co-defendant Nutrisystem, Inc. (made at Dkt. 25 at ECF pages 10-15) that Count 4 of the Complaint, for violations of section 631 of the California Penal Code, was also filed against AddShoppers. The heading of the count specifically states that the claim is against Nutrisystem only.

the action should be stayed pending the outcome of the *McClung* action. Pursuant to Local Rule 7.1, a proposed Order is filed herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(f), AddShoppers requests oral argument on this Motion to Dismiss.

**RESPECTFULLY SUBMITTED:**

Dated: May 10, 2024

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Sarah E. Meyer*
Sarah E. Meyer (Pa. Bar No. 319388)
100 Light Street, 26th Floor
Baltimore, MD 21202
Phone: (410) 545-5807
Email: Sarah.Meyer@wbd-us.com

*/s/ Tomio B. Narita*
Tomio B. Narita (*pro hac vice admission pending)*
50 California Street, Suite 2750
San Francisco, CA 94111
Phone: (415) 765-6274
Email: Tomio.Narita@wbd-us.com

*/s/ Jeffrey A. Topor*
Jeffrey A. Topor (*pro hac vice admission pending)*
50 California Street, Suite 2750
San Francisco, CA 94111
Phone: (415) 765-6276
Email: Jeff.Topor@wbd-us.com

Attorneys for Defendant AddShoppers, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 10th day of May 2024, a copy of the foregoing was filed and served via the Court's CM/ECF system upon all counsel of record.

*/s/ Sarah E. Meyer*
Sarah E. Meyer (Bar No. 319388)