**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AMELIA INGRAO, AND ELIZABETH PACANA, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ADDSHOPPERS, INC., NUTRISYSTEM, INC., VIVINT, INC.**<br><br>**Defendants.** | **Civil Action No: 2:24-cv-01022-JHS** |

**DEFENDANT ADDSHOPPERS, INC.'S NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant AddShoppers, Inc. ("AddShoppers") submits the attached opinion in *Hasson v. FullStory, Inc.*, _ F. 4th _, 2024 U.S. App. LEXIS 22552 (3d Cir. Sept. 5, 2024) (**Exhibit 1**), as additional authority in further support of its Motion to Dismiss (ECF No. 31), specifically, with respect to the argument that the Court lacks personal jurisdiction over AddShoppers with respect to the claims asserted by Plaintiffs.

Consistent with *Hasson v. FullStory, Inc.* and the other authorities previously cited, there is no personal jurisdiction over AddShoppers in this Court and all the claims against AddShoppers should be dismissed.

Dated: September 10, 2024

**RESPECTFULLY SUBMITTED:**

*/s/ Sarah E. Meyer*
Sarah E. Meyer (Pa. Bar No. 319388)
**WOMBLE BOND DICKINSON (US) LLP**
100 Light Street, 26th Floor
Baltimore, MD 21202
Phone: (410) 545-5807
Email: Sarah.Meyer@wbd-us.com

Tomio B. Narita (*pro hac vice)*
Jeffrey A. Topor (*pro hac vice)*
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Phone: (415) 765-6274
Email: Tomio.Narita@wbd-us.com
Email: Jeff.Topor@wbd-us.com

*Attorneys for Defendant AddShoppers, Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 10, 2024, a copy of the foregoing Notice of Additional Authority In Support of Motion to Dismiss (ECF No. 31) was filed and served via the Court's CM/ECF system upon all counsel of record.

*/s/ Sarah E. Meyer*
Sarah E. Meyer (Pa. Bar No. 319388)