IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMELIA INGRAO AND ELISABETH PACANA,<br><br>Plaintiffs,<br>v.<br><br>ADDSHOPPERS, INC., NUTRISYSTEM, INC., AND VIVINT, INC.,<br><br>Defendant. | CIVIL ACTION<br>NO. 24-1022 |

# ORDER

**AND NOW,** this 25th day of November 2024, upon consideration of Defendants' Motions to Dismiss the Complaint (Doc. Nos. 25, 26, 31), Plaintiffs' Response in Opposition (Doc. No. 39), Defendants' Replies in Support of their Motions (Doc. Nos. 53, 55, 56), Plaintiffs' Notices of Supplemental Authority (Doc. Nos. 49, 50, 70), Defendants' Responses to Plaintiffs' Supplemental Authority (Doc. Nos. 54, 71), Defendant AddShoppers' Notice of Supplemental Authority (Doc. No. 60), the parties' Supplemental Memoranda (Doc. Nos. 66, 67, 68, 69) and the arguments of counsel for parties at the hearing held on September 13, 2024, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motions to Dismiss the Complaint (Doc. Nos. 25, 26, 31) are **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.